**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

TRAVIS BARRETT NAVE,

    Plaintiff,

v.                                        CASE NO. 4:12cv225-MP-CAS

KATHLEEN FUHRMAN, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 29, 2012. (Doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's motion for a restraining order (doc. 6) is DENIED and this case is REMANDED to the magistrate judge for further proceedings.

    **DONE and ORDERED** this 31st day of July, 2012.

                                                       s/ *M. Casey Rodgers*
                                                       **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**