**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

TRAVIS BARRETT NAVE,

     Plaintiff,

v.                                                                                  CASE NO. 4:12-cv-00225-MP-CAS

KATHLEEN FUHRMAN, et al.,

     Defendants.

_____/

**O R D E R**

     This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated November 8, 2012. (Doc. 22). The parties have been furnished a copy

of the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has

passed, and none have been filed.

     Having considered the Report and Recommendation, and any objections thereto timely

filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated
     by reference in this order.

2.     Plaintiff's motion for a temporary restraining order (doc. 21) is DENIED and this
     case is REMANDED for further proceedings.

     **DONE AND ORDERED** this _11th_ day of December, 2012

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge