IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS BARRETT NAVE,

    Plaintiff,

v.                          CASE NO. 4:12-cv-00225-MP-CAS

KATHLEEN FUHRMAN,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 11, 2014. (Doc. 90). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 93. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (doc. 90) is adopted and incorporated by reference in this order.

2. Defendant's motion for summary judgment (doc. 74) is GRANTED as Plaintiff has not established a violation of his Eighth Amendment rights. The Clerk is directed to enter judgment in favor of Defendant on all claims.

**DONE AND ORDERED** this   *7th* day of November, 2014

                                      *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge